a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert Ramsey* for petitioner. *Mr. Ganson Taggart* for respondents.

---

No. 483. AMERICAN PAPER PRODUCTS COMPANY OF INDIANA *v.* LAGERLOEFF TRADING COMPANY, INC. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward E. Gates* for petitioner. *Mr. H. S. Hornbrook* for respondent.

---

No. 491. HENRY FISCHER *v.* WABASH RAILWAY COMPANY ET AL. October 15, 1923. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Jerome E. Malino* for petitioner. *Mr. Winslow S. Pierce, Mr. Lawrence Greer* and *Mr. William S. Jenney* for respondents.

---

No. 496. JACK MAYS *v.* UNITED STATES. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Randolph Harrison* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 499. MITSUBISHI SHOJI KAISHA, LIMITED, *v.* JAMES C. DAVIS, DIRECTOR GENERAL, ETC. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Larocque* for petitioner. *Mr. Theodore Kiendl* for respondent.